IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE SANDS CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-101C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's Order dated July 21, 2003, the parties state that defendant has received a settlement proposal from plaintiff. The settlement proposal is under consideration at the Air Force and at the Department of Justice. The parties request that the Court order that this matter remain stayed until October 20, 2003, so that defendant may fully consider plaintiff's proposal.

Respectfully submitted,

s/FRANK RANDOLPH BURROUGHS
Burroughs & Rhodes
P.O. Drawer 5008
Alamogordo, NM 88310
(505) 434-1010

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/BRYANT G. SNEE
Assistant Director

s/MICHAEL N. O'CONNELL
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel.: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

MAJOR LARRY ANDERSON
AFLSA/JACN
1501 Wilson Blvd.
Room 606
Arlington, VA 22209-2403

September 18, 2003