# In the United States Court of Federal Claims

No. 03-101 C

(E-Filed: September 26, 2003)

| | |
|---|---|
| WHITE SANDS CONSTRUCTION, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report stating that plaintiff's settlement proposal is currently under consideration by defendant. To afford defendant ample time to consider the proposal, the parties request that this matter remain stayed until October 20, 2003. In accordance with the parties' request, the case shall remain stayed until October 20, 2003. The court directs the parties to file a joint status report on or before October 20, 2003 regarding the status of settlement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge