IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE SANDS CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-101C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's Order dated September 26, 2003, the parties state that defendant has accepted a settlement proposal from plaintiff. Furthermore, the parties have agreed upon the terms of a written settlement agreement. Before the settlement agreement can be executed, certain other issues relating to this contract must be resolved between the parties. The parties estimate that these issues will be resolved by December 1, 2003, at which time they anticipate they will file the settlement agreement with the Court. The parties request that the Court order that this matter remain stayed until December 1, 2003, so that settlement may be completed.

Respectfully submitted,

s/FRANK RANDOLPH BURROUGHS
Burroughs & Rhodes
P.O. Drawer 5008
Alamogordo, NM 88310
(505) 434-1010

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/BRYANT G. SNEE
Assistant Director

s/MICHAEL N. O'CONNELL
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel.: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

MAJOR LARRY ANDERSON
AFLSA/JACN
1501 Wilson Blvd.
Room 606
Arlington, VA 22209-2403

October 10, 2003