# In the United States Court of Federal Claims

No. 03-101 C

(E-Filed: October 22, 2003)

| | |
|---|---|
| WHITE SANDS CONSTRUCTION, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

O R D E R

Before the court is the parties' Joint Status Report stating that defendant has accepted plaintiff's settlement proposal. To execute the settlement agreement and resolve related issues, the parties request that this matter remain stayed until December 1, 2003. In accordance with the parties' request, the case shall remain stayed until December 1, 2003, at which time the parties shall file a stipulation of settlement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge