IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE SANDS CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-101C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STAY AND FILE STIPULATION OF SETTLEMENT ON JANUARY 15, 2003

Defendant respectfully requests that this action remain stayed until January 15, 2004, and that the Court direct the parties to file the stipulation of settlement on January 15, 2004. Defendant's counsel has discussed this motion with the office of plaintiff's counsel which states that plaintiff does not oppose this motion.

In the parties joint status report dated October 10, 2003, the parties advised the Court that they had agreed upon the terms of a settlement agreement but required additional time to resolve certain other issues relating to the contract at issue. The parties advised the Court that they estimated that those issues would be resolved by December 1, 2003, at which time the parties anticipated that they would file the settlement agreement with the Court. On October 22, 2003, the Court issued an order which continued the stay until December 1, 2003 and directed the parties to file a stipulation of settlement by December 1, 2003.

The Air Force has requested funding to resolve the various issues related to this contract, including funding to settle this

lawsuit, but as of this date has not received the funds. Defendant estimates that the funding issues will be resolved by January 15, 2004, and that the parties will be able to file the stipulation of settlement on or by January 15, 2004.

CONCLUSION

For the foregoing reasons, defendant requests that this Court continue the stay until January 15, 2004 and direct the parties to file the stipulation OF settlement on that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel.: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

MAJOR LARRY ANDERSON
AFLSA/JACN
1501 Wilson Blvd.
Room 606
Arlington, VA 22209-2403

November 26, 2003

CERTIFICATE OF FILING

I hereby certify that on November 26, 2003, a copy of the foregoing defendants' unopposed motion to continue stay and file settlement agreement on January 15, 2003 was filed electronically. I understand that a copy of the Answer will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
MICHAEL N. O'CONNELL