# In the United States Court of Federal Claims

No. 03-101 C

(E-Filed: December 1, 2003)

WHITE SANDS CONSTRUCTION, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Unopposed Motion to Continue Stay and File Stipulation of Settlement on January 15, 2003 (sic). To resolve the outstanding funding issues pertaining to the settlement, defendant requests that this matter remain stayed until January 15, 2004. In accordance with defendant's request, the case shall remain stayed until January 15, 2004, at which time the parties shall file a stipulation of settlement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge