IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE SANDS CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-101C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STAY
AND FILE STIPULATION OF SETTLEMENT ON FEBRUARY 16, 2004

Defendant respectfully requests that this action remain stayed until February 16, 2004, and that the Court direct the parties to file the stipulation of settlement on January 15, 2004. Counsel for defendant has discussed this motion with plaintiff's counsel. Plaintiff does not oppose this motion.

In the parties joint status report dated October 10, 2003, the parties advised the Court that they had agreed upon the terms of a settlement agreement but required additional time to resolve certain other issues relating to the contract at issue. The parties advised the Court that they estimated that those issues would be resolved by December 1, 2003, at which time the parties anticipated that they would file a stipulation of settlement with the Court. In response to defendant's unopposed motion to continue the stay until January 15, 2004, the Court, on December 1, 2003, issued an order which continued the stay until January 15, 2004 and directed the parties to file a stipulation of settlement by January 15, 2003.

As we stated in our motion to continue the stay entered on

November 26, 2003, the Air Force had requested funding to resolve the various issues related to this contract, including funding to settle this lawsuit, but as of November 26, 2003 had not received the funds. Defendant was not successful in obtaining funding in the manner referenced in our previous motion. Defendant sought funds elsewhere, and on January 14, 2004, defendant believes that it obtained funding to pay plaintiff. Defendant estimates that it will require up to one month to issue payment to plaintiff.

CONCLUSION

For the foregoing reasons, defendant requests that this Court continue the stay until February 16, 2004 and direct the parties to file the stipulation of settlement on that date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel.: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

MAJOR LARRY ANDERSON
AFLSA/JACN
1501 Wilson Blvd.
Room 606
Arlington, VA 22209-2403

January 15, 2004

CERTIFICATE OF FILING

I hereby certify that on January 15, 2004, a copy of the foregoing defendants' motion to continue stay and file settlement agreement on February 16, 2004 was filed electronically. I understand that a copy of the Answer will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
MICHAEL N. O'CONNELL