# In the United States Court of Federal Claims

No. 03-101 C

(E-Filed: February 3, 2004)

WHITE SANDS CONSTRUCTION, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion to Continue Stay and File Stipulation of Settlement on February 16, 2004. To resolve the outstanding funding issue pertaining to the settlement, defendant requests that this matter remain stayed until February 16, 2004. In accordance with defendant's request, the case shall remain stayed until February 17, 2004,[1] at which time the parties shall file a stipulation of settlement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]Defendant requested that the action remain stayed until February 16, 2004. However, February 16, 2004 is a "legal holiday" under Rule 6(a) of the Rules of the Court of Federal Claims (RCFC). See RCFC 6(a).