IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE SANDS CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-101C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STAY
AND FILE STIPULATION FOR DISMISSAL ON MARCH 12, 2004

Defendant respectfully requests that this action remain stayed until March 12, 2004, and that the Court direct the parties to file the stipulation for dismissal on March 12, 2004. Counsel for defendant has discussed this motion with plaintiff's counsel. Plaintiff does not oppose this motion.

Plaintiff is scheduled to receive payment in settlement of this matter from the Defense Finance and Accounting Service on February 28, 2004. After plaintiff receives payment, the parties will file a stipulation for dismissal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel.: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

MAJOR LARRY ANDERSON
AFLSA/JACN
1501 Wilson Blvd.
Room 606
Arlington, VA 22209-2403

February 17, 2004

CERTIFICATE OF FILING

I hereby certify that on February 17, 2004, a copy of the foregoing defendants' motion to continue stay and file stipulation for dismissal on March 12, 2004 was filed electronically. I understand that a copy of the Answer will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
MICHAEL N. O'CONNELL