# In the United States Court of Federal Claims

No. 03-101 C

(E-Filed: February 17, 2004)

WHITE SANDS CONSTRUCTION, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Unopposed Motion to Continue Stay and File Stipulation of Settlement on March 12, 2004. To permit receipt of the settlement payment from the Defense Finance and Accounting Service, defendant requests that this matter remain stayed until March 12, 2004. Based on the representations contained therein, the motion is GRANTED. This matter shall remain stayed until March 12, 2004, at which time the parties shall file a stipulation of settlement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge